UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BARRY BANHAM,** | ) | **CASE NO. 1:08CV2886** |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Insurance.

On December 30, 2008, the instant matter was automatically referred to United States Magistrate Judge George J. Limbert, pursuant to L.R. 72.2(b), for the issuance of a Report and Recommendation. On December 10, 2009, Magistrate Judge Limbert issued a Report and Recommendation recommending that the final decision of the Administrative Law Judge should be reversed and the matter remanded for further proceedings. (Dkt. # 15).

Rule 72(b) of the Federal Rules of Civil Procedure provides that objections to a report and recommendation must be filed within ten (10) days after service. See FED. R. CIV. P. 72 (b). The Defendant has informed the Court that he will not be objecting to the Magistrate Judge's Report and Recommendation. Any further review by this Court

1

would be a duplicative and an inefficient use of the Court's limited resources. See Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 15) is hereby **ADOPTED**. Accordingly, the decision of the Administrative Law Judge is hereby **REVERSED**, and the matter is remanded for further proceedings, consistent with the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – December 5, 2010**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**